UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

GRACIELA DONCOUSE,

                            Plaintiff,                    *Civil Action No.*

    -against-                                     1:23-cv-09979-KPF

STILL HERE, INC. AND 260 ELIZABETH
STREET OWNER LLC,

                            Defendants.

---------------------------------------------------------X

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, **GRACIELA DONCOUSE** and Defendants, **STILL HERE, INC. AND 260 ELIZABETH STREET OWNER LLC,** hereby notify this Honorable Court that settlement has been reached in principle in the above-referenced case among the parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a thirty (30) day order be issued.

Dated: January 22, 2024

                                                                            By:_____
                                                                                Bradly G. Marks
                                                                                 The Marks Law Firm, PC
                                                                                 155 E 55th Street, Suite 4H
                                                                                 New York, NY 10022
                                                                                 T:(646) 770-3775